IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PANORAMA PRODUCE SALES, INC. | : | |
| 933 Mamaroneck Avenue | : | |
| Mamaroneck, NY 10543 | : | CIVIL ACTION |
| | : | |
| v. | : | NO. |
| | : | |
| CROWLEY LATIN AMERICA SERVICES | : | |
| a/k/a CROWLEY MARITIME CORPORATION: | | |
| 9487 Regency Square Boulevard | : | |
| Jacksonville, Fl 32225 | : | |

**COMPLAINT IN ADMIRALTY *IN REM AND IN PERSONAM***

**Parties**

1. Panorama Produce Sales, Inc. is a New York corporation with its principal place of business located at 933 Mamaroneck Avenue, Mamaroneck, NY 10543.

2. Plaintiff is the shipper, receiver or consignee of fruit, and regularly imports their product on board ocean vessels arriving in the Port of Philadelphia, and on their own behalf or as agents have a right to maintain this action.

3. Defendant, Crowley Latin America Services a/k/a Crowley Maritime Corporation ("Crowley"), on information and belief, is a foreign corporation with an office and place of business in Jacksonville, Florida. At all times material hereto, Crowley was the owner, charterer and/or operator of the vessel, M/V PEGASUS J.

4. Defendant, Crowley, was at all times material hereto the charterer, agent, manager, operator and/or owner of the above named vessel, and carried plaintiff's goods by sea between foreign ports and the Port of Philadelphia.

5.  The vessels owned and/or operated by Crowley have utilized the ports of the Commonwealth by loading and discharging cargo, and utilizing and purchasing services at the Port of Philadelphia.

## Jurisdiction and Venue

6.  This suit is a maritime and admiralty action within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and Supplemental Admiralty Rules, and invokes the exclusive jurisdiction of the United States district courts in maritime and admiralty actions pursuant to 28 U.S.C. § 1333.  Subject matter jurisdiction is also proper pursuant to 28 U.S.C. § 1331 and this is a suit arising under the laws of the United, including the Carriage of Goods by Sea Act ("COGSA"), 46 U.S.C. § 30701 app. and the Harter Act of 1893, 46 U.S.C. § 30701 *et seq*.

7.  Venue is proper in this district pursuant to 28 U.S.C. § 1391(b).

## COUNT I

8.  In or about May of 2019, in Santo Thomas, Guatemala, 5,600 boxes of fresh mangoes consigned to plaintiff were delivered in good order and condition to the defendant and were supposed to be carried on board the M/V PEGASUS J for transportation to the Miami and delivered there in like good order and condition.

9.  In or about May of 2019, the aforesaid shipment was loaded aboard the vessel and clean on-board bill of lading numbered GTYN9M001395 relating to container TGHU9959755 was issued, acknowledging receipt on the vessel of the said shipment in good order and condition.

10. In or about May of 2019, the M/V PEGASUS J arrived in Port Everglades, Florida and was discharged in said port.

11. Thereafter, various goods were delivered by the above named defendant to plaintiff, whereupon it was discovered that plaintiff's goods were not in like good order and condition as when received by the defendant, but were instead damaged, deteriorated in value and unfit for sale or use.

12. The aforesaid damage and loss of plaintiff's cargo was the result of breaches by the defendant of its obligations as a common carrier of goods, of breaches by it of the lawful terms and conditions of the bill of lading issued by them.

13. By reason of the breaches of the defendant of the lawful terms and conditions of the bill of lading issued by it and the breaches of the defendant and its obligations as common carriers of goods, plaintiff has sustained damage and loss in an amount in excess of Twenty-One Thousand Dollars ($21,000.00).

14. The aforesaid damage and/or loss of plaintiffs' cargo was caused by the unseaworthiness of the above named vessels and the negligence of the above-named defendant, its agents, servants and employees in:

    a.    failing to provide a seaworthy vessel and a seaworthy place for the care, handling, stowage and carriage of the aforesaid shipment;

    b.    failing to exercise due and proper care in the handling, stowing, carrying and discharge of said cargo;

    c.    failing to safeguard properly said cargo and to prevent damage to it while in their custody and care;

    d.    failing to provide the agreed upon temperature to the cargo;

    e.    failing to use proper care under the circumstances; and

    f.    other and further particulars which will be shown at the time of trial.

15. By reason of the above defendant's negligence and lack of due care and the failure of the defendant to provide a seaworthy place for the handling, stowage, carriage and discharge of plaintiff's goods and the lack of appropriate stowage aboard the vessels, plaintiff has suffered damages and loss in excess of Twenty-One Thousand Dollars ($21,000.00).

16. Notice of claim and claim have been filed with the defendant, but they have failed and refused to pay any part of the loss which has been sustained by plaintiff.

WHEREFORE, plaintiff prays that:

1. Process in the due form of law, according to the practice of this Court issue against the defendant inviting it to appear and answer all and singular the matters aforesaid.

2. Judgment be entered on behalf of plaintiff and against the defendant plus interest and costs of this action.

3. For such other and further relief in the premises and in law and justice as it may be entitled to receive.

DUGAN, BRINKMANN, MAGINNIS AND PACE

BY:   EM871
Eugene J. Maginnis, Jr., Esquire
Stephen M. Winning, Esquire
1880 John F. Kennedy Boulevard, Ste. 1400
Philadelphia, PA 19103
(215) 563-3500

Dated: December 23, 2019    ATTORNEYS FOR PLAINTIFF

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law except as provided by local rules of court This form, approved by the Judicial Conference of the United States in September 1974 is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM)*

## I. (a) PLAINTIFFS
Panorama Produce Sales, Inc

**DEFENDANTS**
Crowley Latin America Services a/k/a Crowley Maritime Corporation

(b) County of Residence of First Listed Plaintiff
*(EXCEPT IN U S PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Duval County, Florida
*(IN U S PLAINTIFF CASES ONLY)*
NOTE   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) Attorneys *(Firm Name Address and Telephone Number)*
Dugan, Brinkmann, Maginnis and Pace
1880 JFK Blvd , Ste 1400, Philadelphia, PA   19103
(215) 563-3500

Attorneys *(If Known)*

**19    6070**

## II. BASIS OF JURISDICTION *(Place an X in One Box Only)*

- ☐ 1  U S Government Plaintiff
- ☒ 3  Federal Question  *(U S Government Not a Party)*
- ☐ 2  U S Government Defendant
- ☐ 4  Diversity  *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an X in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an X in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus** | | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer w/Disabilities Other | **Other** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an X in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation Direct File

## VI. CAUSE OF ACTION
Cite the U S Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*
46 U S C §1300 et seq and the Harter Act of 1893, 46 U S C §§190-196
Brief description of cause
Admiralty Case

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23 F R Cv P
**DEMAND $**  21,000 00
CHECK YES only if demanded in complaint
**JURY DEMAND**   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE                                                                   DOCKET NUMBER

DATE  2/23/2019
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #            AMOUNT            APPLYING IFP            JUDGE            MAG JUDGE

DEC 23 2019

CDJ

19-CV-6070

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: 933 Mamaroneck Avenue, Mamaroneck, NY 10543

Address of Defendant: 9487 Regency Square Boulevard, Jacksonville, FL 32225

Place of Accident, Incident or Transaction: Case in Admiralty

---

*RELATED CASE, IF ANY:*

Case Number: _____  Judge: _____  Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court? Yes ☐ No ☑
2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court? Yes ☐ No ☑
3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court? Yes ☐ No ☑
4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual? Yes ☐ No ☑

I certify that to my knowledge, the within case ☐ is ☑ is not related to any case now pending or within one year previously terminated action in this court except as noted above

DATE: 12/23/2019   Attorney-at-Law / Pro Se Plaintiff   Attorney ID # (if applicable): 23692

---

**CIVIL:** (Place a √ in one category only)

A. *Federal Question Cases:*
- ☑ 1. Indemnity Contract, Marine Contract, and All Other Contracts
- ☐ 2. FELA
- ☐ 3. Jones Act-Personal Injury
- ☐ 4. Antitrust
- ☐ 5. Patent
- ☐ 6. Labor-Management Relations
- ☐ 7. Civil Rights
- ☐ 8. Habeas Corpus
- ☐ 9. Securities Act(s) Cases
- ☐ 10. Social Security Review Cases
- ☐ 11. All other Federal Question Cases (Please specify) _____

B. *Diversity Jurisdiction Cases*
- ☐ 1. Insurance Contract and Other Contracts
- ☐ 2. Airplane Personal Injury
- ☐ 3. Assault, Defamation
- ☐ 4. Marine Personal Injury
- ☐ 5. Motor Vehicle Personal Injury
- ☐ 6. Other Personal Injury (Please specify) _____
- ☐ 7. Products Liability
- ☐ 8. Products Liability – Asbestos
- ☐ 9. All other Diversity Cases (Please specify) _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, Eugene J. Maginnis, Jr., Esquire, counsel of record or pro se plaintiff, do hereby certify

☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs    Less than $150,000.00

☐ Relief other than monetary damages is sought

DATE: 12/23/2019   Attorney-at-Law / Pro Se Plaintiff   Attorney ID # (if applicable): 23692

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38

Civ 609 (5/20/8)

DEC 23 2019



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**CASE MANAGEMENT TRACK DESIGNATION FORM**

Panorama Produce Sales, Inc.     CIVIL ACTION

v.

Crowley Latin America Services
a/k/a Crowley Maritime Corporation     **19 NO. 6070**

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1.03 of the plan set forth on the reverse side of this form ) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2    (X)

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court (See reverse side of this form for a detailed explanation of special management cases )    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    ( )

| December 23, 2019 | Eugene J. Maginnis, Jr., Esq. | |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| (215)563-3500 | (215)563-5610 | ejmaginnis@dbmplaw.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

DEC 23 2019